**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02687-LTB-MJW

ANGEL GONZALEZ,

       Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

       Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 20 - filed June 20, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   June 21, 2011